IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------X
Walgreen Co.; Eckerd Corporation;
Maxi Drug, Inc. d/b/a Brooks Pharmacy;
The Kroger CO.; New Albertson's, Inc.;
Safeway, Inc.; Hy-Vee Inc.;
and American Sales Company, Inc.,

:  Civil Case Number:
:  1:06-cv-02084-RWR

Plaintiffs,

v.

AstraZeneca Pharmaceuticals, L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.

Defendants.
------------------------------------X

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, as follows:

The date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") to answer or otherwise respond is extended to February 2, 2007 with respect to the Complaint served on AstraZeneca or about December 26, 2006.

| By: /S/ | By: /S/ |
|---|---|
| Robert D.W. Landon III | Kristin G. Koehler (D.C. Bar # 464422) |
| Kenny Nachwalter P.A. | SIDLEY AUSTIN LLP |
| 1100 Miami Center | 1501 K Street, N.W. |
| 201 South Biscayne Boulevard | Washington, D.C. 20005 |
| Miami, FL 33131 | Ph. (202) 736-8000 |
| (305) 373-1000 | Fax (202) 736-8711 *Attorney for Defendants* |
| (202) 372-1861 (fax) | |
| (signed by Kristin G. Koehler with permission of Robert D.W. Landon III) | |
| *Attorney for Plaintiffs* | |

Dated: January 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------X

Walgreen Co.; Eckerd Corporation;
Maxi Drug, Inc. d/b/a Brooks Pharmacy;
The Kroger CO.; New Albertson's, Inc.;
Safeway, Inc.; Hy-Vee Inc.;
and American Sales Company, Inc.,

           Plaintiffs,

           v.

AstraZeneca Pharmaceuticals, L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.

           Defendants.

------------------------------------------------X

Civil Case Number:
1:06-cv-02084-RWR

### [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that the date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. to answer or otherwise respond is extended to February 2, 2007.

        SO ORDERED this _____ day of _____, 2007:

                        _____
                           Judge Richard W. Roberts

**Copies to:**

Mark E. Haddad (D.C. Bar No. 442547)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of January, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

/S/
Kristin G. Koehler

**COUNSEL OF RECORD:**

Robert D.W. Landon III
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
sperwin@kennynachwalter.com

LA1 876713v.1