A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al.,  )
      Plaintiff(s)  )  **APPEARANCE**
        )
        )
      vs.  )  CASE NUMBER    1:06-CV-02089-RWR
AstraZeneca Pharmaceuticals L.P., et al.,  )
        )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Mark E. Haddad___ as counsel in this
                     (Attorney's Name)

case for: ___AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.___
                  (Name of party or parties)

January 16, 2007
Date

*[Signature]*
Signature

442547
BAR IDENTIFICATION

Mark E. Haddad
Print Name

555 West Fifth Street, Suite 4000
Address

Los Angeles, CA 90013
City   State   Zip Code

(213) 896-6604
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

> Robert D. W. Landon III
> Kenny Nachwalter P.A.
> 1100 Miami Center
> 201 South Biscayne Boulevard
> Miami, FL 33131
>
> Steve D. Shadowen
> Hangley Aronchick Segal & Pudlin
> 30 North Third Street, Suite 700
> Harrisburg, PA 17101-1713
>
> Joseph T. Lukens
> Hangley Aronchick Segal & Pudlin
> One Logan Square, 27th Floor
> Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler

LA1 876229v.1