AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al., )
      Plaintiff(s) )
       )
       )
      vs. )
AstraZeneca Pharmaceuticals L.P., et al., )
       )
      Defendant(s) )

**APPEARANCE**

CASE NUMBER  1:06-CV-02089-~~RMC~~ *RWR*

To the Clerk of this court and all parties of record:

Please enter the appearance of  Alycia A. Degen  as counsel in this
                              (Attorney's Name)

case for:  AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.
                              (Name of party or parties)

January 11, 2007
Date

*/s/ Alycia A. Degen*
Signature

Alycia A. Degen
Print Name

N/A
BAR IDENTIFICATION

555 West Fifth Street, Suite 4000
Address

Los Angeles, CA 90013
City      State      Zip Code

(213) 896-6682
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933


/S/
Kristin G. Koehler

LA1 876229v.1