A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al.,          )
        Plaintiff(s)          )   **APPEARANCE**
                                  )
                                  )
        vs.          )   CASE NUMBER   1:06-CV-02089-RWR
AstraZeneca Pharmaceuticals L.P., et al.,  )
                                  )
       Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of ____John W. Treece____ as counsel in this
                                       (Attorney's Name)

case for: __AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.__
                                     (Name of party or parties)

January 12, 2007                                        /s/ John W. Treece
Date                                                    Signature

                                                      John W. Treece
N/A                                                   Print Name
BAR IDENTIFICATION
                                                    One South Dearborn Street
                                                    Address

                                                    Chicago, IL 60603
                                                  City         State        Zip Code

                                                   (312) 853-2937
                                                  Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

>Robert D. W. Landon III
>Kenny Nachwalter P.A.
>1100 Miami Center
>201 South Biscayne Boulevard
>Miami, FL 33131
>
>Steve D. Shadowen
>Hangley Aronchick Segal & Pudlin
>30 North Third Street, Suite 700
>Harrisburg, PA 17101-1713
>
>Joseph T. Lukens
>Hangley Aronchick Segal & Pudlin
>One Logan Square, 27th Floor
>Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler