**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WALGREEN CO.; ECKERD CORPORATION; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; THE KROGER CO.; NEW ALBERTSON'S INC.; SAFEWAY, INC.; HY-VEE, INC.; and AMERICAN SALES COMPANY, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC.,<br><br>*Defendants*. | No. 1:06-cv-02084 (RWR) |

## NOTICE OF ERRATA

Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") respectfully submit this Notice of Errata.

On January 16, 2007, AstraZeneca inadvertently filed the following documents in this action with the incorrect caption:

- Appearance for Mark E. Haddad (Docket No. 3)
- Appearance for Joshua E. Anderson (Docket No. 4)
- Appearance for Alycia A. Degen (Docket No. 5)
- Appearance for John W. Treece (Docket No. 6)
- Appearance for David M. Schiffman (Docket No. 7)
- Motion for Admission *Pro Hac Vice* for Alycia A. Degen (Docket No. 8)
- Motion for Admission *Pro Hac Vice* for David M. Schiffman (Docket Nos. 9-10)
- Motion for Admission *Pro Hac Vice* for Joshua E. Anderson (Docket No. 11)
- Motion for Admission *Pro Hac Vice* for John W. Treece (Docket No. 12)
- Local Rule 7.1 Certificate of Disclosure for Zeneca Inc. (Docket No. 13)
- Local Rule 7.1 Certificate of Disclosure for AstraZeneca Pharmaceuticals LP (Docket No. 14)

- Local Rule 7.1 Certificate of Disclosure for AstraZeneca LP (Docket No. 15)
- Local Rule 7.1 Certificate of Disclosure for Zeneca Holdings, Inc. (Docket No. 16)

The correct caption for the foregoing documents should have been:

| | |
|---|---|
| WALGREEN CO.; ECKERD CORPORATION; MAXI DRUG, INC. d/b/a BROOKS PHARMACY; THE KROGER CO.; NEW ALBERTSON'S INC.; SAFEWAY, INC.; HY-VEE, INC.; and AMERICAN SALES COMPANY, INC., )<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC.,<br><br>*Defendants*. | No. 1:06-cv-02084 (RWR) |

In addition, the Motion for Admission *Pro Hac Vice* for David M. Schiffman inadvertently was filed twice (Docket Nos. 9-10).

AstraZeneca apologizes for any inconvenience that these errors may have caused the Court or counsel.

Respectfully submitted,

/S/
Kristin G. Koehler (D.C. Bar # 464422)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph. (202) 736-8000
Fax (202) 736-8711

Copies to:

Robert D. W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013


John W. Treece
David M. Schiffman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

>Robert D. W. Landon III
>Richard Alan Arnold
>Scott E. Perwin
>Lauren C. Ravkind
>Kenny Nachwalter P.A.
>1100 Miami Center
>201 South Biscayne Boulevard
>Miami, FL 33131

/S/
Kristin G. Koehler