UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

    Plaintiffs,

v.

                                          CIVIL ACTION NO.  1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS,
L.P., et al.,:

    Defendants.

_____/

## **MOTION OF PLAINTIFFS FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached declaration, Plaintiffs Walgreen Co. et al. respectfully move for the admission of Scott E. Perwin of the law firm of Kenny Nachwalter, P.A. to represent Plaintiffs in this action.  Mr. Perwin is a member in good standing of the following bars: the State of Florida, the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Supreme Court.  The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Perwin should this motion be granted.

Civil Action No. 1:06-cv-02084-RWR

Respectfully submitted,

s/ Robert D.W. Landon III
Robert D.W. Landon III (D.C. Bar #441571)
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by CM/ECF and will be served in the same manner on January 19, 2007.

s/ Robert D.W. Landon, III

282331.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

    Plaintiffs,

v.

CIVIL ACTION NO.  1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS,
L.P., et al.,:

    Defendants.

_____/

## **DECLARATION OF SCOTT E. PERWIN**

    I, Scott E. Perwin, declare under penalty of perjury that the following is true and correct:

    1.    I am a shareholder in the Miami office of the law firm of Kenny Nachwalter, P.A.  My firm has been retained to represent Plaintiffs Walgreen Co., Eckerd Corporation, Maxi Drug, Inc. d/b/a Brooks Pharmacy, The Kroger Co., New Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc., and American Sales Company, Inc. (collectively "Plaintiffs"), in the above-referenced matter.

    2.    My office address is 201 South Biscayne Boulevard, 1100 Miami Center, Miami, FL 33131-4327, and my office telephone number is 305-373-1000.

    3.    I do not engage in the practice of law from an office located in the District of Columbia, and am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia pending.

    4.    I am admitted to practice in, and am a member in good standing of the following bars:  the State of Florida, the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits, the United States District Court for the Southern District of Florida,

the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Supreme Court.

5. I have not been disciplined by any bar.

6. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

7. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

8. I will act as co-counsel for Plaintiffs with Robert D.W. Landon III, D.C. Bar #441571, a shareholder in my firm who is a member in good standing of the bar of this Court.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Executed: January 19, 2007           s/ Scott E. Perwin
                                     SCOTT E. PERWIN

282351.1