AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WALGREEN CO., ECKERD CORPORATION,
MAXI DRUG, INC. d/b/a BROOKS PHARMACY,
THE KROGER CO., NEW ALBERTSON'S, INC.,
SAFEWAY, INC., HY-VEE, INC. and
AMERICAN SALES COMPANY, INC.

V.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02084

JUDGE: Richard W. Roberts

CASE N[...]   DECK TYPE: Antitrust

DATE STAMP: 12/07/2006

TO: (Name and address of Defendant)

ASTRAZENECA PHARMACEUTICALS L.P.     12/27/06
By serving: The Corporation Trust Company, registered agent
Corporation Trust Center    Scott LaScala
1209 Orange Street          12/27/06   1:15pm
Wilmington, DE 19801        Daniel Newcomb/

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D.W. Landon, III, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, 1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC -7 2006
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 27, 2006 at 1:15 PM |
| NAME OF SERVER *(PRINT)* Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on AstraZeneca Pharmaceuticals, L.P., was effectuated by personally serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/06
             Date                    Signature of Server

Caplan & Caplan
172 W. Flagler Street, Suite 320
Miami, FL 33130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.