AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WALGREEN CO., ECKERD CORPORATION,
MAXI DRUG, INC. d/b/a BROOKS PHARMACY,
THE KROGER CO., NEW ALBERTSON'S, INC.,
SAFEWAY, INC., HY-VEE, INC. and
AMERICAN SALES COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

V.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

CASE NUMBER  1:06CV02084

JUDGE: Richard W. Roberts

DECK TYPE: Antitrust

DATE STAMP: 12/07/2006

12/27/06
Paulette Hendrix
12/27/06  2:11 pm
Danie Newcomb

CERTIFIED IN THE CIRCUIT COURT
[illegible stamp]

TO: (Name and address of Defendant)  ZENECA, INC.
1800 Concord Pike
Wilmington, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D.W. Landon, III, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, 1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000

an answer to the complaint which is served on you with this summons, within  **Twenty (20)**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC - 7 2006
CLERK                                              DATE

_(By) DEPUTY CLERK_

Delaware Att.                                                2006/00820

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/27/06 at 2:11 p.m. |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Service on Zeneca, Inc., was effectuated by personally serving Paulette Hendrix Legal Administrator duly authorized to accept service. Service was made at 1800 Concord Pike Wilmington, DE 19850.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/06
              Date

Signature of Server

Caplan & Caplan
172 W. Flager St., Suite 320
Miami, FL 33130

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

100920