AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WALGREEN CO., ECKERD CORPORATION,
MAXI DRUG, INC. d/b/a BROOKS PHARMACY,
THE KROGER CO., NEW ALBERTSON'S, INC.,
SAFEWAY, INC., HY-VEE, INC. and
AMERICAN SALES COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

V.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

CASE NUMBER  1:06CV02084

JUDGE: Richard W. Roberts

CASE NUMB     DECK TYPE: Antitrust

DATE STAMP: 12/07/2006  12/27/06

*Paulette Hendrix*
*12/27/06   2:11 pm*
*Daniel Newcomb*

TO: (Name and address of Defendant)  ZENECA HOLDINGS, INC.
By serving: Zeneca, Inc., as registered agent
1800 Concord Pike
Wilmington, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D.W. Landon, III, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, 1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                DEC. -7 2006
CLERK                                      DATE

(By) DEPUTY CLERK

Delaware A.H.                             200600816

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12/27/06 at 2:11 PM |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Zeneca Holdings Inc. was effectuated by serving Zeneca, Inc., service was accepted by Paulette Hendrix, Legal Administrator duly authorized to accept service. Service was made at 1000 Concord Pike, Wilmington, DE 19850.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/28/06
                *Date*              *Signature of Server*

Caplan & Caplan
172 W. Flagler St., Suite 320
Miami, FL  33130

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

100816