IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------ X
Walgreen Co.; Eckerd Corporation;
Maxi Drug, Inc. d/b/a Brooks Pharmacy;
The Kroger Co.; New Albertson's, Inc.;
Safeway, Inc.; Hy-Vee, Inc.;                        Civil Case Number:
and American Sales Company, Inc.,                   1:06-cv-02084-RWR

          Plaintiffs,

          v.

AstraZeneca Pharmaceuticals L.P.;
AstraZeneca L.P.; Zeneca, Inc.;
and Zeneca Holdings, Inc.,

          Defendants.
------------------------------------------------ X

**STIPULATION**

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR

WHEREAS, the Complaints in the foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006, and January 12, 2007;

WHEREAS, the parties previously filed stipulations extending to March 28, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, on February 28, 2007, the Plaintiffs in the Related Actions filed separate Amended Complaints, which present meaningfully different allegations than were presented in the original Complaints;

WHEREAS, for the Court's and the parties' convenience, AstraZeneca intends to file a single motion to dismiss the Amended Complaints in all of the Related Actions, as well as a single reply to any opposition(s);

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1. AstraZeneca will file and serve its motion to dismiss the Related Actions on or before April 6, 2007.

2. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

3. AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

| | |
|---|---|
| By:_____/S/_____<br>Robert D.W. Landon III<br>KENNY NACHWALTER P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 373-1000<br>(202) 372-1861 (fax)<br>(signed by Mark E. Haddad with permission of Robert D.W. Landon III)<br>*Attorney for Plaintiffs* | By:_____/S/_____<br>Mark E. Haddad (D.C. Bar No. 442547)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000<br>(213) 896-6600 (fax)<br>*Attorney for Defendants* |

Dated: March 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
Walgreen Co.; Eckerd Corporation;                :
Maxi Drug, Inc. d/b/a Brooks Pharmacy;           :
The Kroger Co.; New Albertson's, Inc.;           :
Safeway, Inc.; Hy-Vee, Inc.;                     :   Civil Case Number:
and American Sales Company, Inc.,                :   1:06-cv-02084-RWR
                                                 :
            Plaintiffs,                          :
                                                 :
        v.                                       :
                                                 :
AstraZeneca Pharmaceuticals L.P.;                :
AstraZeneca L.P.; Zeneca, Inc.;                  :
and Zeneca Holdings, Inc.,                       :
                                                 :
            Defendants.                          :
------------------------------------- X

**[PROPOSED] ORDER**

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby

ORDERED that the Stipulation is so ordered, and that:

1.  AstraZeneca will file and serve its motion to dismiss the following Related Actions on or before April 6, 2007: *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR; *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR; *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR; *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR.

2.  Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than May 4, 2007.

2

3.  AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but not later than May 25, 2007.

SO ORDERED this _____ day of _____, 2007:


_____
Judge Richard W. Roberts

**Copies to:**

Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of March, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

/S/
Mark E. Haddad

**COUNSEL OF RECORD:**

Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

LA1 902535v.1