UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

    Plaintiffs,

v.                                          CIVIL ACTION NO. 1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS,
L.P., et al.,:

    Defendants.

_____/

**STATEMENT OF PRO HAC VICE**
**APPLICANTS PURSUANT TO LCvR 83.2(d)(5)**

*Pro hac vice* applicants Richard Alan Arnold, Scott E. Perwin and Lauren C. Ravkind respectfully submit this statement pursuant to LCvR 83.2(d)(5) and the Court's April 24, 2007 Minute Order. We apologize for the omission.

Scott E. Perwin and Lauren C. Ravkind have been admitted *pro hac vice* in this Court once within the last two years. Richard Alan Arnold has not been admitted *pro hac vice* in this Court within the last two years.

        Respectfully submitted,

        s/ Robert D.W. Landon III
        Robert D.W. Landon III (D.C. Bar #441571)
        KENNY NACHWALTER P.A.
        1100 Miami Center
        201 South Biscayne Boulevard
        Miami, FL 33131
        Telephone: (305) 373-1000
        Facsimile: (305) 372-1861
        *Counsel for Plaintiffs*

Civil Action No. 1:06-cv-02084-RWR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by CM/ECF and will be served in the same manner on April 24, 2007.

                                      s/ Robert D.W. Landon, III

295214.1