UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

      Plaintiffs,

v.                                                                            CIVIL ACTION NO. 1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS,
L.P., et al.,:

      Defendants.

_____/

### DECLARATION OF SCOTT E. PERWIN IN SUPPORT OF
### HIS *PRO HAC VICE* APPLICATION PURSUANT TO LCvR 83.2(d)

Scott E. Perwin, states as follows:

1.      My full name is Scott Eliot Perwin.

2.      My office address and telephone number are:

      Kenny Nachwalter, P.A.
      201 South Biscayne Boulevard
      1100 Miami Center
      Miami, FL 33131-4327
      Telephone: (305) 373-1000

3.      I am admitted to the following bars: the State of Florida, the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Supreme Court.

4.      I hereby certify that I have never been disciplined by any bar.

5.      I have been admitted *pro hac vice* in this Court once within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2007.

                                                               Scott E. Perwin