UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

    Plaintiffs,

v.                                        CIVIL ACTION NO. 1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS,
L.P., et al.,:

    Defendants.

_____/

### DECLARATION OF LAUREN C. RAVKIND IN SUPPORT OF HER *PRO HAC VICE* APPLICATION PURSUANT TO LCvR 83.2(d)

Lauren C. Ravkind, states as follows:

1. My full name is Lauren Carol Ravkind.

2. My office address and telephone number are:

   Kenny Nachwalter, P.A.
   111 Congress Avenue, Suite 1060
   Austin, TX 78701
   Telephone: (512) 480-8023

3. I am admitted to the following bars: the State of Florida, the State of Texas, the United States Courts of Appeals for the Sixth and Eleventh Circuits, and the United States District Court for the Southern District of Florida.

4. I hereby certify that I have never been disciplined by any bar.

5. I have been admitted once *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2007.

_____
Lauren C. Ravkind