# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Walgreen Co.; Eckerd Corporation; Maxi Drug, Inc. d/b/a Brooks Pharmacy; The Kroger Co.; New Albertson's Inc.; Safeway, Inc.; Hy-Vee, Inc.; And American Sales Company, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> AstraZeneca Pharmaceuticals L.P.; AstraZeneca L.P.; Zeneca, Inc.; and Zeneca Holdings, Inc., <br><br> Defendants. | Civil Case Number: <br> 1:06-cv-02084-RWR |

## UNOPPOSED MOTION TO ENLARGE RESPONSIVE BRIEF

Plaintiffs to the actions listed below move this Court for an Order permitting Plaintiffs to file a single enlarged brief on behalf of all plaintiffs in response to Defendants' motion to dismiss that exceeds the 45 page limit permitted in Local Rule 7. The affected actions are all pending in this district involving the same claims, and all are subject to an identical motion to dismiss:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR.

1. Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") moved to dismiss the Complaints in the Foregoing actions (the "Related Actions") on April 6, 2007;

2. AstraZeneca filed identical briefs with respect to each of the Related Actions;

3. The Plaintiffs otherwise had agreed with Defendants that they would collectively be entitled to two different briefs, each being up to 45 pages in length, one for the putative Class actions, and one for the Individual Plaintiffs;

4. The Plaintiffs in the Related Actions wish to file a single brief on behalf of all Plaintiffs;

5. Plaintiffs request that the Court permit Plaintiffs to file a consolidated response in opposition to the Defendants' motion to dismiss with an enlarged number of pages, with the consolidated response not to exceed 60 pages.

6. Counsel for Plaintiffs have consulted with counsel for AstraZeneca, and AstraZeneca will not oppose Plaintiffs' request to file a single, consolidated, and enlarged brief in opposition to AstraZeneca's motion to dismiss.

|  | By: _____/S/_____<br>Robert D.W. Landon III<br>KENNY NACHWALTER P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 373-1000<br>(202) 372-1861 (fax)<br>*Attorney for Plaintiffs* |
|---|---|

Dated: May 16, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ X
                                            :
Walgreen Co.; Eckerd Corporation;           :
Maxi Drug, Inc. d/b/a Brooks Pharmacy;      :
The Kroger Co.; New Albertson's Inc.;       :
Safeway, Inc.; Hy-Vee, Inc.;                :   Civil Case Number:
And American Sales Company, Inc.,           :   1:06-cv-02084-RWR
                                            :
            Plaintiffs,                     :
                                            :
       v.                                   :
                                            :
AstraZeneca Pharmaceuticals L.P.; AstraZeneca L.P.; :
Zeneca, Inc.; and Zeneca Holdings, Inc.,    :
                                            :
            Defendants.                     :
_____ X

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion in the present proceedings, it is hereby,

ORDERED that:

Plaintiffs may file a single consolidated brief in opposition to Defendants' motion to dismiss not to exceed 60 pages not later than May 21, 2007.

SO ORDERED this ____ day of _____, 2007:

_____
Judge Richard W. Roberts

2

**Copies to:**
Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by CM/ECF and will be served in the same manner, upon the following counsel on May 16, 2007.

                                          /S/
                                   Robert D. W. Landon III

**COUNSEL OF RECORD:**
Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

3