UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,

    Plaintiffs,

v.          CIVIL ACTION NO. 1:06-cv-02084-RWR

ASTRAZENECA PHARMACEUTICALS, L.P., et al.,:

    Defendants.

_____/

## DECLARATION OF RICHARD ALAN ARNOLD IN SUPPORT OF HIS *PRO HAC VICE* APPLICATION PURSUANT TO LCvR 83.2(d)

Richard Alan Arnold, states as follows:

1. My full name is Richard Alan Arnold.

2. My office address and telephone number are:

   Kenny Nachwalter, P.A.
   215 West Broadway Street, Suite D
   Rogersville, TN 37857
   Tel: (423) 272-5300

3. I am admitted to the following bars: Tennessee; Florida; U.S. Supreme Court; U.S. Circuit Court of Appeals, Fifth, Sixth, Ninth and Eleventh Circuits; U.S. District Court, Eastern District of Tennessee and Southern and Middle Districts of Florida.

4. I hereby certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29 day of June, 2007.

_____
Richard Alan Arnold