## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————— :
:
WALGREEN CO.; ECKERD :
CORPORATION; MAXI DRUG, INC. :
d/b/a BROOKS PHARMACY; THE :
KROGER CO.; NEW ALBERTSON'S, :    No. 1:06-CV-02084-RWR
INC.; SAFEWAY, INC.; HY-VEE, INC.; :
and AMERICAN SALES COMPANY, :
INC. :    Judge Richard W. Roberts
            Plaintiffs, :
:
vs. :
:
ASTRAZENECA PHARMACEUTICALS :
L.P.; ASTRAZENECA L.P.; ZENECA, :
INC.; and ZENECA HOLDINGS, INC., :
:
            Defendants. :
———————————————————— :

---

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

---

Notice is hereby given of the following changes to counsel for plaintiffs:

**1.      Withdrawal of counsel for Plaintiffs Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy and affirmation of counsel for The Kroger Co., Walgreen Co., New Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc. and American Sales Company, Inc.**

A.      Richard Alan Arnold, Scott Eliot Perwin, and Lauren C. Ravkind of

Kenny Nachwalter, PA, 1100 Miami Center, 201 S. Biscayne Boulevard, Miami,

Florida 33131 hereby withdraw as counsel for Plaintiffs Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy.

B.     Richard Alan Arnold, Scott Eliot Perwin, and Lauren C. Ravkind remain counsel of record for Plaintiffs The Kroger Co., Walgreen Co., New Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc. and American Sales Company, Inc.

**2.     Entry of appearance and affirmation of counsel for Plaintiffs Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy.**

A.     Steve D. Shadowen, Joseph T. Lukens, and Monica L. Rebuck of Hangley Aronchick Segal & Pudlin, 30 North Third Street, Suite 700, Harrisburg, Pennsylvania 17101 hereby enter their appearances on behalf of Plaintiffs Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy.

B.     Robert D.W. Landon, III of Kenny Nachwalter, PA, 1100 Miami Center, 201 S. Biscayne Boulevard, Miami, Florida 33131 remains counsel for Plaintiffs Eckerd Corporation and Maxi-Drug, Inc., d/b/a Brooks Pharmacy.

Respectfully submitted,

  /s/  Steve D. Shadowen
Steve D. Shadowen
Joseph T. Lukens
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA  17101-1701
Telephone:  (717) 364-1030
Facsimile:  (717) 364-1020
*Attorneys for Plaintiffs Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy*

   /s/  Scott Eliot Perwin, by Steve D. Shadowen with permission
Richard Alan Arnold
Scott Eliot Perwin
Lauren C. Ravkind
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
Telephone:  (305) 373-1000
Facsimile:   (305) 372-1861
*Attorneys for Plaintiffs The Kroger Co., Walgreen Co., New Albertson's, Inc., Safeway, Inc., Hy-Vee, Inc. and American Sales Company, Inc.*


Withdrawal and substitution acknowledged by:

  /s/  James J. Comitale by Steve D. Shadowen
 per telephone authorization
James J. Comitale

On behalf of Eckerd Corporation and Maxi-Drug, Inc. d/b/a Brooks Pharmacy

Dated:  September 27, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 27, 2007, I caused the foregoing Notice of

Withdrawal and Substitution of Counsel to be filed with the Clerk of the Court and to be served

upon all counsel of record in this action using the United States District Court for the District of

Columbia Electronic Case Filing ("ECF") System.

The document is available for viewing and downloading from the ECF System.


 /s/  Steve D. Shadowen
Steve D. Shadowen