**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Walgreen Co., et al., <br>        Plaintiffs, <br>        v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>        Defendants. | Civil Case Number: <br> 1:06-cv-02084-RWR |
| Rite Aid Corporation, et al., <br>        Plaintiffs, <br>        v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>        Defendants. | Civil Case Number: <br> 1:06-cv-02089-RWR |
| Louisiana Wholesale Drug Co, Inc., et al., <br>        Plaintiff, <br>        v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>        Defendants. | Civil Case Number: <br> 1:06-cv-02157-RWR |
| Burlington Drug Company, Inc., et al., <br>        Plaintiffs, <br>        v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>        Defendants. | Civil Case Number: <br> 1:07-cv-00041-RWR |
| Meijer, Inc., et al., <br>        Plaintiffs, <br>        v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>        Defendants. | Civil Case Number: <br> 1:06-cv-02155-RWR |

**DEFENDANTS' SUBMISSION OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF THEIR MOTION TO DISMISS**

In further support of their motion to dismiss, defendants (collectively, "AstraZeneca") bring two recent judicial decisions to the Court's attention.

1.    In its opening brief, AstraZeneca cited *Pennsylvania Employees Benefit Trust Fund v. Zeneca, Inc.*, No. 05-075-SLR, 2005 WL 2993937 (D. Del. 2005)( Robinson, C.J.) ("*PEBTF I*"),

which dismissed claims brought under the state consumer fraud law on the ground that AstraZeneca's advertisements were supported by the FDA-approved label for Nexium®. *Statement of Points and Authorities in Support of Defendants' Motion to Dismiss* (April 6, 2007) at 4, 15, and 30.  On August 17, 2007, the Court of Appeals for the Third Circuit affirmed the district court's judgment.  *Pennsylvania Employees Benefit Trust Fund v. Zeneca, Inc.*, -- F.3d --, 2007 WL 2376312 (3d Cir.).  On September 19, 2007, the Third Circuit denied plaintiffs' petition for rehearing.

2.      In its opening brief, AstraZeneca also cited *Prohias v. AstraZeneca Pharmaceuticals, L.P.*, No. 05-2433-CA-30 (Fla. Cir. Ct., Oct. 11, 2006), in which a Florida trial court dismissed claims substantially similar to those in *PEBTF I*.  *Statement of Points and Authorities in Support of Defendants' Motion to Dismiss* (April 6, 2007) at 30.  On June 13, 2007, the Florida Third District Court of Appeals affirmed the lower court's dismissal of plaintiffs' claims.  *Prohias v. AstraZeneca Pharmaceuticals, L.P.*, 958 So. 2d 1054 (Fla. DCA 2007).  The plaintiffs in that case have filed a petition for discretionary review with the Florida Supreme Court.

Dated:  September 28, 2007                                   Respectfully submitted,

By:    /s/John W. Treece

Mark E. Haddad (D.C. Bar No. 442547)
Joshua E. Anderson (*pro hac vice*)
Alycia A. Degen (*pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000
(213) 896-6600 (fax)

John W. Treece (*pro hac vice*)
David M. Schiffman (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
(312) 853-7036 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of September, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

                /s/John W. Treece
                John W. Treece

**COUNSEL OF RECORD**:

*Counsel for Walgreen Co.*

Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Linda P. Nussbaum
Kaplan, Fox & Kilsheimer LLP
805 Third Ave.
New York, NY 10022

*Counsel for Rite Aid Corp.*

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

*Counsel for Louisiana Wholesale Drug Co. and Burlington Drug Company, Inc.*

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Bret Cebulash
Kevin S. Landau
Elena K. Chan
Anne K. Fornecker
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

L. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA  70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134

*Counsel for Meijer, Inc.*

Joseph Vanek
David Germaine
Vanek, Vickers & Masini, P.C.
111 S. Wacker Dr., Ste. 4050
Chicago, IL 60606

Robert N. Kaplan
Linda Nussbaum
Susan R. Schwaiger
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022

Paul Slater
Sperling & Slater, P.C.
55 W. Monroe Street
Suite 3200
Chicago, IL 60603

CH1 3988512v.1