**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ ) | | |
| WALGREEN COMPANY et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2084 (RWR) |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS | ) | |
| L.P. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |
| | ) | |
| RITE AID CORPORATION et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2089 (RWR) |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS | ) | |
| L.P. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |
| | ) | |
| MEIJER, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2155 (RWR) |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS | ) | |
| L.P. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

-2-

```
_____
                               )
LOUISIANA WHOLESALE DRUG        )
CO., INC. et al.,               )
                                )
        Plaintiffs,             )
                                )
        v.                      )    Civil Action No. 06-2157 (RWR)
                                )
ASTRAZENECA PHARMACEUTICALS     )
LP et al.,                      )
                                )
        Defendants.             )
_____)
                                )
BURLINGTON DRUG COMPANY,        )
INC. et al.,                    )
                                )
        Plaintiffs,             )
                                )
        v.                      )    Civil Action No. 07-0041 (RWR)
                                )
ASTRAZENECA PHARMACEUTICALS     )
LP et al.,                      )
                                )
        Defendants.             )
_____)
```

**<u>ERRATA</u>**

This court's memorandum opinion [53] dated February 25, 2006 is amended as follows:

1.   On page 10, line 13, "Abbott" replaces "Teva" in the clause "the complaint alleged that Teva was a monopolizer . . . ."

2.   On page 11, line 2, "Abbott" replaces "Teva" in the phrase "decision to deny Teva's motion . . . ."

-3-

SO ORDERED.

SIGNED this 26th day of February, 2008.


                                         /s/
                              RICHARD W. ROBERTS
                              United States District Judge