```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
WALGREEN COMPANY et al.,      )
                              )
          Plaintiffs,         )
                              )
     v.                       )    Civil Action No. 06-2084 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
          Defendants.         )
_____)
                              )
RITE AID CORPORATION et al.,  )
                              )
          Plaintiffs,         )
                              )
     v.                       )    Civil Action No. 06-2089 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
          Defendants.         )
_____)
                              )
MEIJER, INC. et al.,          )
                              )
          Plaintiffs,         )
                              )
     v.                       )    Civil Action No. 06-2155 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
          Defendants.         )
_____)
```

```
_____
                               )
LOUISIANA WHOLESALE DRUG       )
CO., INC. et al.,              )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-2157 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
                               )
BURLINGTON DRUG COMPANY,       )
INC. et al.,                   )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 07-0041 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
```

## ERRATA

This court's memorandum opinion [53] dated February 25, 2006 is amended as follows:

1. On page 10, line 13, "Abbott" replaces "Teva" in the clause "the complaint alleged that Teva was a monopolizer . . . ."

2. On page 11, line 2, "Abbott" replaces "Teva" in the phrase "decision to deny Teva's motion . . . ."

-3-

SO ORDERED.

SIGNED this 26th day of February, 2008.

```
                                        /s/
                              RICHARD W. ROBERTS
                              United States District Judge
```

-3-