UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
WALGREEN COMPANY et al.,       )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-2084 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
                               )
RITE AID CORPORATION et al.,   )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-2089 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
                               )
MEIJER, INC. et al.,           )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-2155 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
```

-2-

```
_____
                               )
LOUISIANA WHOLESALE DRUG       )
CO., INC. et al.,              )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-2157 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
                               )
BURLINGTON DRUG COMPANY,       )
INC. et al.,                   )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 07-0041 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
```

## ERRATA

This court's errata [55] dated February 26, 2008 to the memorandum opinion [53] is amended as follows:

1. On page 1, line 1, "February 25, 2008" replaces "February 25, 2006."

SO ORDERED.

-3-

SIGNED this 27th day of February, 2008.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```